**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6342**

---

ARTHUR CARL DOVE,

                                        Plaintiff - Appellant,

            versus

PAUL J. DAVIS, Chairman, Maryland Parole
Commission; RICHARD LANHAM, Commissioner,
Division of Correction; MELANIE C. PEREIRA,
Deputy Commissioner, Division of Correction;
THOMAS R. CORCORAN, Warden, Maryland Correc-
tional Pre-Release System; ALLEN FEIKEN,
Hearing Officer; Maryland Parole Commission;
FRANK PAPPAS, Commissioner, Maryland Parole
Commission,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Williams, Jr., District Judge.
(CA-96-2145-AW)

---

Submitted:  August 28, 1997      Decided:  September 16, 1997

---

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Arthur Carl Dove, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Richard Bruce Rosenblatt, Assistant Attorney General, Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Dove v. Davis, No. CA-96-2145-AW (D. Md. Oct. 28, 1996; Nov. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED